## Commonwealth *v.* Jackson, Appellant.

Argued March 17, 1975. *Harry A. Levitan,* with him *Herman Weiner,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnstone, Appellant.

Argued March 24, 1975. *George Gershenfeld,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth; appellee.

Judgment of sentence affirmed.